IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID LEVERT TIMMONS, | ) | |
| Petitioner, | ) ) ) | |
| vs. | ) ) | CRIMINAL NO. 02-00047-CG CIVIL ACTION NO. 14-0092-CG-B |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Timmons' petition for habeas corpus relief is **DENIED** and that Timmons is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 27th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE