# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEVERT TIMMONS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 02-00047-CG |
| ) | CIVIL ACTION NO. 14-0092-CG-B |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Timmons' petition for habeas corpus relief is **DENIED**, that **JUDGMENT** is entered in favor of Respondent, the United States of America, and against Petitioner, David Levert Timmons, and that Timmons is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 27th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE